UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ARTUR CURYLLO,**

Plaintiff,

v.                                                  **No. 4:25-cv-01332-P**

**BW GAS & CONVENIENCE HOLDINGS,
LLC, DOING BUSINESS AS YESWAY**

Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 28. Plaintiff filed Objections on June 22, 2026 (ECF No. 29) and the Magistrate Judge's Recommendation is ripe for review. Accordingly, the undersigned District Judge conducted a *de novo* review.

The undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's objections are **OVERRULLED**. Accordingly, Defendant's Motion to Compel Arbitration be **GRANTED** and the case be **STAYED** pending arbitration. The Clerk of the Court is **ORDERED** to **ADMINISTRATIVELY CLOSE** this case.

**SO ORDERED** on this **29th day of June 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE